RECEIVED BY MAIL

MAY - 1 2006

CLERK, US DIST. COURT ST. PAUL, MN

Prob 22 (Rev. 03/97) *At disposition of M-05-898-01*

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)
0864-0;00CR00078-001(JRT)(JRT)

DOCKET NO. (Receiving Court)
M-06-171

| NAME AND LOCATION OF * | DISTRICT | DIVISION | |
|---|---|---|---|
| Pedro Grimaldo-Behena<br>Edinburgh, TX 78539 | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE | | |
| | Honorable John R. Tunheim | | |
| | DATES OF SUPERVISION | FROM<br>10-19-2004 | TO<br>10-18-2007 |

United States District Court
Southern District of Texas
FILED
FEB 17 2006
Michael N. Milby, Clerk

OFFENSE

Unlawful Reentry after Deportation by an Aggravated Felon

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

*2-6-06*
Date

*[signature]*
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

*2/17/06*
Effective Date

*[signature]*
United States District Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By *[signature]*
Deputy Clerk

SCANNED
MAY 02 2006
U.S. DISTRICT COURT ST. PAUL